UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Irving Hemingway</u>

              v.                          06-cv-110-JD

<u>Theresa Lantz, et al</u>


<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 5, 2006, for the reasons stated therein, no objection having been filed. Therefore, this case is dismissed without prejudice.

    SO ORDERED.


May 23, 2006                                 /s/Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge


cc:    Irving Hemingway, pro se
        John Vinson, Esq.
        Daniel Mullen, Esq.